UNITED STATES OF AMERICA
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:22-cv-59-TBR

NETTIE HOLLAND PLAINTIFF

VS. **COMPLAINT**

MARQUETTE TRANSPORTATION
COMPANY, LLC DEFENDANT

Serve: CT Corporation System
 306 W. Main Street
 Suite 512
 Frankfort, KY 40601

Comes the Plaintiff, Nettie Holland by and through counsel, for her Complaint against Marquette Transportation Company, LLC, (hereinafter Marquette) and states as follows:

## PARTIES

1. At all times herein mentioned Plaintiff was an actual and continuous resident of the Commonwealth of Kentucky and the acts and events complained of herein occurred along the navigable water ways of the United States in Paducah, McCracken County, Kentucky.

2. At all times herein relevant, Marquette was and is a Delaware corporation and summons should be issued and served upon its process agent, CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky 40601.

## JURISDICTION

3. Jurisdiction is proper due to diversity of citizenship, due to an employment agreement amongst the parties and under 46 U.S.C. §688.

4. This claim is made pursuant to 46 U.S.C. § 688 et seq., the Jones Act, and the general maritime laws of the United States.

## VENUE

5. Venue is proper in the Western District of Kentucky as the acts and events complained of took place in or around McCracken County, Kentucky.

## FACTS AND ALLEGATIONS

6. At all times material hereto the Plaintiff was a cook and was a member of the crew of the Marine Vessel (MV) Titletown U.S.A. This claim is made pursuant to 46 U.S.C. § 688 et seq., the Jones Act, and the general maritime laws of the United States.

7. On or about July 2, 2020, Plaintiff was attempting to board the MV Titletown U.S.A. to begin a 14 day trip. The Plaintiff was transported from one vessel to the MV Titletown U.S.A. by jon boat. The step up from the jon boat to the vessel was remarkably high.

8. Crew members from the MV Titletown U.S.A. negligently and recklessly attempted to physically help the Plaintiff step up to the vessel but the Plaintiff fell in the process, seriously injuring herself.

9. The plaintiff had no choice but to accept the crewmembers help to get on the MV Titletown U.S.A. as there was no step or ladder to use to board the vessel.

10. At the time and place above mentioned, Marquette was negligent by failing to provide an adequate and safe working environment to safely allow the Plaintiff to board the vessel, resulting in the vessel being in an unseaworthy condition.

11. Said acts of negligence set forth above were the proximate cause of Plaintiff's injuries. The foregoing acts of negligence also rendered the vessel unseaworthy and such unseaworthiness was the proximate cause of Plaintiff's injuries.

12. As a result of the aforementioned negligence and unseaworthiness, Plaintiff has incurred bodily injuries both temporary and permanent; has been forced to incur hospital, doctor,

medical and drug expenses and will be forced to incur same in the future; she has undergone physical and mental pain and suffering and will be forced to undergo same in the future; she has lost wages; her ability to earn money has been permanently impaired; and she has been damaged thereby.

13. As a result of the injuries sustained by Plaintiff, she has been caused to miss time from work and has suffered medical expenses to treat said injuries. Accordingly, Plaintiff is entitled to an award of maintenance and cure.

WHEREFORE, Nettie Holland demands judgment against Marquette Transportation Company, LLC., in an amount in excess of Five million ($5,000,000.00) Dollars; a trial by jury; her costs incurred herein; an award of maintenance and cure; and any and all other relief to which she may appear entitled.

RESPECTFULLY SUBMITTED,

/s/ David Troutman
DAVID TROUTMAN
MARK EDWARDS
EDWARDS KAUTZ, PLLC
222 Walter Jetton Blvd.
P. O. Box 1837
Paducah, KY  42002
(270) 442-9000 Phone
(270) 443-4304 Fax
dtroutman@edwardsandkautz.com

ATTORNEYS FOR PLAINTIFF